AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

Jordan Guillory, Individually and as Natural Tutrix on behalf of her minor children, K.G.F(age 17) and K.G.F.(age 15)
*Plaintiff/Petitioner*
v.
Louisiana Department of Public Safety and Corrections, et al.
*Defendant/Respondent*

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: ______________________. If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Jack L. Simms Jr., Attorney at Law
100 East Texas Street, Leesville, LA 71446

My gross pay or wages are: $ 336.00, and my take-home pay or wages are: $ 297.00 per *(specify pay period)* week.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Child support - $200 a week

4. Amount of money that I have in cash or in a checking or savings account: $ 40.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2007 Dodge Ram 1500 - $2,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Electric - $350 a month
Water - $40 a month
Insurance - $90 a month
Gas - $100 a week
Rent - $300 a month
Household items - $150 a week

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Daughter, K.G.F. (age 17) - 100% of her support
Son, K.G.F. (age 15) - 100% of his support

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Student loans - EDU Financial - $30,000

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/3/2026

Jordan Guillory
*Applicant's signature*

Jordan Guillory
*Printed name*