**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

**JORDAN GUILLORY, individually and as Natural Tutrix on behalf of her minor children, K.G.F. (AGE 17 and K.G.F. (AGE 14)**

**CIVIL ACTION NO. 2:26-cv-02895**

**JUDGE JAMES D. CAIN, JR.**

**VERSUS**

**MAGISTRATE JUDGE LeBLANC**

**LOIUSIANA DEP'T OF PUB. SAFETY & CORR., ET AL.**

**************************************************************************************

**<u>MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) FOR FAILURE TO STATE A CLAIM</u>**

**NOW INTO COURT,** through undersigned counsel, and solely for the purposes of this motion to dismiss brought pursuant to Fed. R. Civ. P. 12(b)(6), come the Rapides Parish Sheriff's Office and Rapides Parish Detention Center 3, both of whom have been improperly sued in this matter as neither Defendant is a juridical entity capable of suing, being sued, or standing in judgment in Louisiana. As such, Defendants respectfully request that they be dismissed from this matter with prejudice.

**WHEREFORE,** Defendants respectfully submit that this motion should be granted and all claims against them dismissed with prejudice.

Respectfully submitted,

RODRIGUE & ARCURI LLP

s/ *Jason P. Wixom*
LAURA C. RODRIGUE (LSBN #30428)
BLAKE J. ARCURI (LSBN #32322)
JASON P. WIXOM (LSBN #32273)
1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel: (504) 592-4600 Fax: (504) 592-4641
COUNSEL FOR DEFENDANTS
Email: laura@rodriguearcuri.com
blake@rodriguearcuri.com
jason@rodriguearcuri.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

s/ *Jason P. Wixom*
JASON P. WIXOM