UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JORDAN GUILLORY, Individually and as Natural Tutrix on behalf of her minor children, K.G.F. (Age 17) and K.G.F. (Age 14) | * * * | CIVIL ACTION |
| | * | DOCKET NO. 2:26-cv-02895 |
| VERSUS | * | |
| | * | JUDGE JAMES D. CAIN |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, DIVISION OF PROBATION AND PAROLE, et al. | * * * | MAGISTRATE THOMAS P. LEBLANC |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RULE 12(b) MOTION TO DISMISS PLAINTIFFS' CLAIMS**

For the reasons set forth in their contemporaneously filed supporting memorandum of law, Defendants, Tony Boles, Jacob Broussard, Mason Ganey, Thomas Heptinstall, Mike Lacroix, Chance Paul, Coley Ramos, Phillip Roark, Tanner Roberts, James Skeldon, Tadd Stout, Ethan Thomas Weeks and Dameon Wooten (referred to herein as "the Individual Defendants"), and the Louisiana Department of Public Safety & Corrections (Division of Probation and Parole) (referred to herein as "P&P"),[1] move to dismiss some or all of Plaintiffs' claims against P&P and/or the Individual Defendants under FED.R.CIV.P. 12 and specifically assert challenges related to subject-matter jurisdiction, the sufficiency of process and/or service of process, personal jurisdiction and failure to state a claim.

WHEREFORE, the P&P Defendants pray that this Rule 12(b) motion be deemed good and sufficient and that after all due proceedings are had herein there be judgment in P&P's and/or the Individual Defendants' favor and against Plaintiffs, dismissing Plaintiffs' demands against P&P and/or the Individual Defendants with full prejudice and at Plaintiffs' sole cost, and subject to an

[1] Collectively, the Individual Defendants and P&P are referred to herein as "the P&P Defendants."

attorney fee award in favor of P&P and/or the Individual Defendants under 42 U.S.C. § 1988 if warranted, and for all general and equitable relief.

Respectfully Submitted,
LIZ MURRILL
Attorney General

BY: */s/ Jennie P. Pellegrin*

JENNIE P. PELLEGRIN – LA. BAR ROLL NO. 25207
jpellegrin@neunerpate.com
KELSI G. FLORES – LA. BAR ROLL NO. 40361
kflores@neunerpate.com
WILLIAM R. KALLAM – LA. BAR ROLL NO. 42277
wkallam@neunerpate.com
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road (zip 70503)
Lafayette, LA 70505-2828
TELEPHONE: (337) 237-7000 FAX: (337) 233-9450
*Special Assistant Attorneys General and Counsel for the Louisiana Department of Public Safety & Corrections (Division of Probation and Parole), Tony Boles, Jacob Broussard, Mason Ganey, Thomas Heptinstall, Mike Lacroix, Chance Paul, Coley Ramos, Phillip Roark, Tanner Roberts, James Skeldon, Tadd Stout, Ethan Thomas Weeks and Dameon Wooten*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, a copy of the *Rule 12(b) Motion to Dismiss Plaintiffs' Claims* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to all counsel by operation of the Court's electronic filing system.

*/s/ Jennie P. Pellegrin*
COUNSEL