UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JORDAN ALESE GUILLORY** | **CASE NO. 2:26-CV-02895** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LA DEPT OF CORRECTIONS PROBATION & PAROLE ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that the Motion to Dismiss [doc. 9] be **GRANTED** and that all claims against the Rapides Parish Sheriff's Office and Rapides Parish Detention Center III be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 17th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE